**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:
JAMES E. SCHULER                                    Case No. 09-22373
CONNIE SCHULER
                                                    CHAPTER 13
                                                    Judge William S. Howard
DEBTOR(S)

## APPLICATION FOR COMPENSATION

COMES NOW Michael B. Baker, Applicant, and pursuant to 11 U.S.C. 330, makes application for compensation for services rendered in the above styled case. Applicant submits that the services provided to the Debtors by counsel have resulted in a confirmed plan.

For his services, Applicant charges an hourly rate of $200.00 per hour. The services detailed in the attached Exhibit A total 19.10 hours at a rate of $200.00 per hour, for total requested fees of $3,820.00, and reimbursement of out of pocket expenses of $68.76. The charges also include $274.00 in out of pocket expenses incurred on behalf of the Debtors for the filing of the case which was paid at the time of filing. To date, Applicant has not received any compensation for the services outlined in this Application other than the filing fee.

Counsel submits that the rates charged are reasonable and customary for similarly situated attorneys in the area. Applicant has not entered into any fee sharing agreements except with members of his own firm. Neither Applicant, nor his firm, represent any party adverse to the Debtors or the estate. Applicant and his firm qualify as disinterested parties as contemplated by the Bankruptcy Code. All of the services rendered were necessary for an effective representation of the Debtors.

WHEREFORE, Applicant prays for an order allowing compensation in the amount of $3,8200.00, and reimbursement of out of pocket expenses in the amount of $68.76.

## NOTICE

Please take notice that unless written objection is filed within 21 days from the date of this notice, the Court may enter an order granting the relief requested without further hearing. Any objection shall be filed in writing with the United States Bankruptcy Clerk, P.O. Box 1111, Lexington, Kentucky 40588. Any objection filed shall be set for hearing before the United States Bankruptcy Court at the next available motion docket at 35 West 5th Street, Room 306, Covington, Kentucky.

Respectfully submitted,

  /s/ Michael B. Baker
Michael B. Baker (91890)
THE BAKER FIRM, PLLC
6900 Houston Road
Bldg. 600, Suite 16
Florence, KY 41042
(859) 647-7777
Fax: (859) 647-7799
mbaker@bakerlawky.com

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on February 17, 2010 a copy of the foregoing was served either by regular U.S. mail, postage prepaid, or through electronic service, where possible, upon the following:

Beverly Burden, Trustee
The United States Trustee
Debtors
All parties listed on the Court's Mailing Matrix.

  /s/ Michael B. Baker
Michael B. Baker (91890)

**The Baker Firm, PLLC**

6900 Houston Road
Bldg. 600, Suite 16
Florence, KY 41042

# Invoice

**Invoice #:** 65
**Invoice Date:** 2/13/2010

**Bill To:**

Connie and James Schuler

**Case:**

> Please call us at (859) 647-7777 with any questions you may have regarding this invoice. For your convenience, our Tax ID No. is 27-0905277.

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 8/4/2009 | Telephone conference with Connie, telephone conference to Molly Rose regarding extension of time to answer. | 0.40 | 200.00 | 80.00 |
| 8/10/2009 | Meet with Connie and James | 2.00 | 200.00 | 400.00 |
| 8/21/2009 | Telephone conference with Joan Dunn | 0.10 | 200.00 | 20.00 |
| 8/24/2009 | Telephone conference with Client | 0.20 | 200.00 | 40.00 |
| 8/25/2009 | Receipt of certificates | 0.10 | 200.00 | 20.00 |
| 9/2/2009 | Telephone conference with Client re documents | 0.20 | 200.00 | 40.00 |
| 9/10/2009 | Work on petition, several telephone conferences with Connie regarding documents, review same. | 4.00 | 200.00 | 800.00 |
| 9/14/2009 | Work on petition and plan | 1.50 | 200.00 | 300.00 |
| 9/15/2009 | Telephone conference with Connie, work on petition | 1.00 | 200.00 | 200.00 |
| 9/16/2009 | Finalize petition, meet with Schulers to review and execute, file, file and certify out plan | 3.50 | 200.00 | 700.00 |
| 9/17/2009 | Telephone conference with Connie | 0.20 | 200.00 | 40.00 |
| 10/5/2009 | Receipt of voice mail; telephone conference with Connie. | 0.50 | 200.00 | 100.00 |

**Total**

**Payments/Credits**

**Balance Due**

**The Baker Firm, PLLC**
6900 Houston Road
Bldg. 600, Suite 16
Florence, KY 41042

# Invoice

**Invoice #:** 65
**Invoice Date:** 2/13/2010

**Bill To:**
Connie and James Schuler

**Case:**

Please call us at (859) 647-7777 with any questions you may have regarding this invoice. For your convenience, our Tax ID No. is 27-0905277.

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 10/7/2009 | Review and transmit documents to Chapter 13 Trustee | 0.30 | 200.00 | 60.00 |
| 10/13/2009 | Prepare and file certificate of service | 0.20 | 200.00 | 40.00 |
| 10/28/2009 | Telehone confernce with Connies, prepare for and attend meeting of creditors. | 1.60 | 200.00 | 320.00 |
| 10/30/2009 | Email 401(k) loan docs to Trustee, email to Jim | 0.20 | 200.00 | 40.00 |
| 11/2/2009 | Review fax from client regarding contributions limits, email to Trustee with attachments re limits and catch up provisions. | 0.50 | 200.00 | 100.00 |
| 11/24/2009 | Email to Trustee regarding confirmation hearing. | 0.10 | 200.00 | 20.00 |
| 12/3/2009 | Certificate of service. | 0.20 | 200.00 | 40.00 |
| 12/28/2009 | Review of proposes order. | 0.30 | 200.00 | 60.00 |
| 12/30/2009 | Telephone conferences with Trustee and James re agreed order. | 0.50 | 200.00 | 100.00 |
| 1/8/2010 | Revise Agreed Order, transmit to Don Smith. | 0.30 | 200.00 | 60.00 |
| 1/29/2010 | Email to Don re status of confirmation. | 0.10 | 200.00 | 20.00 |
| 2/8/2010 | Review short list for confirmation. | 0.10 | 200.00 | 20.00 |
| 2/13/2010 | Prepare fee application and order. | 1.00 | 200.00 | 200.00 |
| 9/16/2009 | Photocopies | 150.00 | 0.18 | 27.00 |
| 2/13/2010 | Photocopies | 232.00 | 0.18 | 41.76 |

**Total**

**Payments/Credits**

**Balance Due**

**The Baker Firm, PLLC**
6900 Houston Road
Bldg. 600, Suite 16
Florence, KY 41042

# Invoice

**Invoice #:** 65
**Invoice Date:** 2/13/2010

**Bill To:**

Connie and James Schuler

**Case:**

Please call us at (859) 647-7777 with any questions you may have regarding this invoice. For your convenience, our Tax ID No. is 27-0905277.

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 9/16/2009 | Filing Fee | | 274.00 | 274.00 |

| | |
|---|---|
| **Total** | $4,162.76 |
| **Payments/Credits** | $-274.00 |
| **Balance Due** | $3,888.76 |

Page 3