UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:
JAMES E. SCHULER                                              Case No. 09-22373
CONNIE SCHULER

                                                             CHAPTER 13
                                                             Judge William S. Howard
DEBTOR(S)

## ORDER GRANTING
## APPLICATION FOR COMPENSATION

     Michael B. Baker, Applicant, has made application for compensation from the Estate in the amount of $3820.00 for services rendered, and reimbursement of out of pocket expenses in the amount of $68.76.  The Court has reviewed the application and finds that the work performed was necessary for an effective administration of the case.  The rates charged by applicant are fair and reasonable and comparable to similarly situated attorneys in the area.  Applicant has entered into no fee sharing agreements except those disclosed in the Application.  Neither Applicant, nor his firm, represent any interest adverse to the Debtors or the Estate. Applicant and his firm both qualify as disinterested persons as contemplated by the Bankruptcy Code.  Therefore;

     IT IS HEREBY ORDERED AND ADJUDGED, that the Application is granted.  Michael B. Baker shall be allowed a administrative claim in the amount of $3820.00 for services rendered, and $68.76 as reimbursement of out of pocket expenses.

Pursuant to Local Rule 9022-1(c), Michael B. Baker, shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof, including the following:

All parties listed on the Court's mailing Matrix
Beverly Burden, Trustee
Debtors